NVB 5009–1 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                              BK−24−10503−mkn
                                                    CHAPTER 7
ROBERT WAYNE NOKLEY SR

KAREN YVONNE NOKLEY
                                                    ORDER DISCHARGING
                        Debtor(s)                   TRUSTEE AND CLOSING OF
                                                    CASE (DISCHARGE DENIED)

An Order Denying Discharge for the following debtor(s):

    ROBERT WAYNE NOKLEY SR
    and
    KAREN YVONNE NOKLEY

was entered in this case. Therefore, IT IS ORDERED that:

    LENARD E. SCHWARTZER, Trustee

is discharged as trustee of the estate of the above named debtor(s) and the Bankruptcy is hereby closed.

Dated: 9/23/24

                                    Mary A Schott

                                    Mary A. Schott
                                    Clerk of Court